IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE ARTHUR SULLEN,** | : |
| Petitioner, | : |
| vs. | :  CIVIL ACTION 05-0524-WS-M |
| **GWENDOLYN MOSELY,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.  No costs are taxed.

**DONE** and **ORDERED** this 19th day of April, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE